KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:    (415) 436-7017
Fax:          (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, | NO. |
| Petitioners, | **VERIFIED PETITION TO** |
| v. | **ENFORCE INTERNAL** |
| | **REVENUE SERVICE SUMMONS** |
| BETTY J. EBY, | |
| Respondent. | |

C 06  2844

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **SARA BENTLEY,** allege and petition as follows:

1.      This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2.      Petitioner **SARA BENTLEY** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3.      Petitioner **SARA BENTLEY** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal income tax liabilities of

Verified Petition To Enforce
IRS Summons                                    1

**BETTY J. EBY** for the taxable year ending 2000, 2001, 2002, 2003, and 2004.

4.     Petitioner **SARA BENTLEY** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of **BETTY J. EBY**, for the period stated in paragraph 3 above.

5.     Respondent **BETTY J. EBY**'s last known address is 4724 Terrace Avenue, Lakeport, CA 95453, which is within the venue of this Court.

6.     Petitioner **SARA BENTLEY** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7.     On January 13, 2006, in accordance with law, petitioner **SARA BENTLEY** served a summons on respondent **BETTY J. EBY** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons to Richard Rose at the last and usual place of abode of respondent **BETTY J. EBY**.  The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as <u>Exhibit</u> A and is hereby incorporated by reference as a part of this petition.

8.     The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determine and collection of the above-mentioned federal tax liabilities of **BETTY J. EBY** for the year stated in paragraph 3 above.  It was and now is essential to completion of petitioner's inquiry regarding the determine and collection of the above-mentioned federal income tax liabilities of **BETTY J. EBY** for the year stated in paragraph 3 above that respondent produce the items demanded by said summons.

9.     The respondent did not appear on February 15, 2006, as requested in the summons.

10.     As of the date of this petition, the respondent has failed to comply with the summons.

11.    All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

12.    There has been no referral to the Department of Justice of the tax investigation being conducted by the IRS.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A.    That the named respondent herein be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B.    That respondent be ordered by the Court to appear before the petitioner **SARA BENTLEY** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.


KEVIN V. RYAN
United States Attorney


JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

Verified Petition To Enforce
IRS Summons                                    3

<u>V E R I F I C A T I O N</u>

I, **SARA BENTLEY**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Santa Rosa, California office of the Internal Revenue Service of the United States Treasury Department.  I am one of the petitioners making the foregoing petition.  I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*April 24, 2006*___ at Santa Rosa, California.

**SARA BENTLEY**



# Summons

In the matter of  __Betty J. Eby, 4724 Terrace Avenue, Lakeport, CA 95453__

Internal Revenue Service (Division):  __Small Business/Self Employed__

Industry/Area (name or number):  __Small Business/Self Employed - California Area__

Periods  __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__

## The Commissioner of Internal Revenue

To   __Betty J. Eby__
      __4724 Terrace Avenue, Lakeport, CA 95453__

You are hereby summoned and required to appear before Sara Bentley, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__, including but not limited to: statement of wages for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__, statements regarding interest or dividend income for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__; employee earnings statements for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__; records of deposits to bank accounts during the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__ (for which year(s) no return have been made) may be determined.

### Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

__777 Sonoma Avenue, Room 112, Santa Rosa CA 95404  707 535-3816__

Place and time for appearance at:   __777 Sonoma Avenue, Room 112, Santa Rosa CA 95404__

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  __February 15, 2006__  day of __February__ , __2006__  at __9:00__  o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __13th__ day of __January, 2006__

_Sara Bentley_
Signature of Issuing Officer

__Revenue Officer__
Title

Signature of Approving Officer (if applicable)                                    Title

## Exhibit A        Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| *Feebruary 13, 2006* | *10:00 am* |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): *Richard Rose*

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|-----------|-------|
| *Sara Bentley* | *Revenue Officer* |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|  |  |

Form **2039** (Rev. 12-2001)

1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT FOR THE
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, | ) ) | NO. |
|---|---|---|
| Petitioners, | ) ) | ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | ) ) ) | |
| BETTY J. EBY, | ) ) | |
| Respondent. | ) ) | |

17      Good cause having been shown by the petitioner upon its petition filed in the above-

18 entitled proceeding on _____, 2006, it is hereby:

19      **ORDERED** that respondent Betty J. Eby appear before this Court on the _____ day

20 of _____, 2006, at ____.m., in Courtroom No. _____, _____ Floor, United States District

21 Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if

22 any, why respondent should not be compelled to appear and provide documents and testimony as

23 required by the summons heretofore served upon respondent as alleged and set forth in particular

24 in said petition; and it is further

25      **ORDERED** that a copy of this Order to Show Cause, together with a copy of the

26 aforesaid petition, be served upon said respondent  in accordance with Rule 4 of the Federal

27 Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above

28 specified; and it is further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order,

2    respondent may file and serve a written response to the petition, supported by appropriate

3    affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion

4    respondent desires to make, that the petitioner may file and serve a written reply to such

5    response, if any, within fourteen (14) days before the return date of this Order; that all motions

6    and issues raised by the pleadings will be considered on the return date of this Order, and only

7    those issues raised by motion or brought into controversy by the responsive pleadings and

8    supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any

9    uncontested allegation in the petition will be considered admitted.

10    **ORDERED** this _____day of _____, 2006, at San Francisco,

11    California.

12

13

14

15
                        _____
16                      **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**                  2