1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
    10th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
5    Telephone:   (415) 436-7017
    Fax:         (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,**        Petitioners,        v.        **BETTY J. EBY,**        Respondent. | NO.  C-06-2844-MJJ  **APPLICATION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND ORDER** |

     This summons enforcement case was filed on April 26, 2006.  The Court entered an Order To Show Cause on June 16, 2006 scheduling the hearing for June 27, 2006.  This will not allow adequate time for the Order To Show Cause to be served on the respondent and for her to file a response, if any, to the Petition To Enforce.

     Accordingly, we request that Order to Show Cause hearing be continued to August 8, 2006.

                                                    KEVIN V. RYAN
                                                    United States Attorney

                                                    /s/ Jay R. Weill
                                                    JAY R. WEILL
                                                    Assistant United States Attorney
                                                    Chief, Tax Division

ORDER

     Upon application of the United States, the hearing on the Order to Show Cause shall be continued to August 8, 2006 at 2:00 p.m.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE