KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:           (415) 436-6748

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and** **SARA BENTLEY, Revenue Officer,** )<br><br>)<br>) | **NO.  C-06-2844-MJJ** |
| **Petitioners,** )<br>) | |
| **v.** )<br>)<br>)<br>) | **AMENDED APPLICATION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND ORDER** |
| **BETTY J. EBY,** )<br>) | |
| **Respondent.** )<br>) | |

     This summons enforcement case was filed on April 26, 2006.  The Court entered an Order To Show Cause on June 16, 2006 scheduling the hearing for June 27, 2006.  This will not allow adequate time for the Order To Show Cause to be served on the respondent and for her to file a response, if any, to the Petition To Enforce.

     Accordingly, we request that Order to Show Cause hearing be continued to August 15, 2006.

                               KEVIN V. RYAN
                               United States Attorney

                               /s/ Jay R. Weill
                               JAY R. WEILL
                               Assistant United States Attorney
                               Chief, Tax Division

### ORDER

     Upon application of the United States, the hearing on the Order to Show Cause shall be continued to August 15, 2006 at 2:00 p.m.

                               _____
                               UNITED STATES DISTRICT JUDGE