```
KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> BETTY J. EBY, <br><br> Respondent. | NO. C-06-2844-MJJ <br><br> **AMENDED APPLICATION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND ORDER** <br><br> GRANTED |

This summons enforcement case was filed on April 26, 2006. The Court entered an Order To Show Cause on June 16, 2006 scheduling the hearing for June 27, 2006. This will not allow adequate time for the Order To Show Cause to be served on the respondent and for her to file a response, if any, to the Petition To Enforce.

Accordingly, we request that Order to Show Cause hearing be continued to August 15, 2006.

```
                                KEVIN V. RYAN
                                United States Attorney

                                /s/ Jay R. Weill
                                JAY R. WEILL
                                Assistant United States Attorney
                                Chief, Tax Division
```

ORDER

Upon application of the United States, the hearing on the Order to Show Cause shall be continued to August 15, 2006 at 2:00 p.m.

6/22/2006

UNITED STATES DISTRICT JUDGE