1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3 | Chief, Tax Division

4 | 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
5 | San Francisco, CA 94102
Telephone: (415) 436-7017
6 | Fax: (415) 436-6748

7 | Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, | NO. C-06-2844-MJJ |
| Petitioners, | PROOF OF SERVICE AND DECLARATION OF |
| v. | DEBBIE BENNETT |
| BETTY J. EBY, | |
| Respondent. | |

I, Debbie Bennett, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1. I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

2. On June 29, 2006, at approximately 3:15 p.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, Case Management Conference Order along with other documents from the Court to Betty J. Eby at 4724 Terrace Avenue, Lakeport, CA 95453.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  29th   day of  June   , 2006, at     Lakeport    , California.


                              /s/ Debbie Bennett
                              DEBBIE BENNETT