IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **August 15, 2006**   [**2:59 to 3:01 pm**]          Court reporter: **Joan Columbini**

Case Number:   **C06-02844MJJ**

Case Name:   **UNITED STATES OF AMERICA**   v.   **BETTY J. EBY**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
Jay Weil                                 No appearance - FTA

TYPE OF HEARING:   Order to Show Cause

MOTIONS PROCEEDINGS:                                      RULING:
1.

ORDERED AFTER HEARING:
- **Order Enforcing Summons granted**

ORDER TO BE PREPARED BY:   Plntf (**x**)   Deft ()   Joint ()   Court ()

Referred to Magistrate Judge   For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:            for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:   at 8:30 a.m.        Set for  days
              Type of Trial:   ()Jury     ( )Court

Notes:   **Unopposed**