1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT FOR THE
8    NORTHERN DISTRICT OF CALIFORNIA
9    SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, | ) ) NO. C-06-2844-MJJ |
| Petitioners, | ) ) |
| v. | ) **ORDER ENFORCING SUMMONS** ) |
| BETTY J. EBY, | ) ) |
| Respondent. | ) ) |

This case having come on for hearing on August 15, 2006, at 2:00 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Betty J. Eby, shall appear before Revenue Officer Sara Bentley, or any other designated agent, on September 12, 2006, at 9:00a.m. , at the Offices of the Internal Revenue Service located at 777 Sonoma Avenue, Room 112, Santa Rosa, CA 95404, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 15 day of August        , at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE



# Summons

he matter of  **Betty J. Eby, 4724 Terrace Avenue, Lakeport, CA 95453**

rnal Revenue Service (Division): **Small Business/Self Employed**

ustry/Area (name or number): **Small Business/Self Employed - California Area**

iods **Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004**

### The Commissioner of Internal Revenue

**Betty J. Eby**

**4724 Terrace Avenue, Lakeport, CA 95453**

are hereby summoned and required to appear before Sara Bentley, an officer of the Internal Revenue Service, to give testimony and to bring with you and to uce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of ring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods n.

ocuments and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Tax years ending ember 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004**, including but not limited to: ement of wages for the year(s) **Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and ember 31, 2004**, statements regarding interest or dividend income for the year(s) **Tax years ending December 31, 2000, December 31, , December 31, 2002, December 31, 2003 and December 31, 2004**; employee earnings statements for the year(s) **Tax years ending ember 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004**; records of deposits to bank ounts during the year(s) **Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and ember 31, 2004**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any r compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, me life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership s income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Tax years ending December 31, 2000, ember 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004** (for which year(s) no return have been made) may be rmined.

**Do not write in this space**

siness address and telephone number of IRS officer before whom you are to appear:

7 Sonoma Avenue, Room 112, Santa Rosa CA 95404   707 535-3816

ce and time for appearance at:   777 Sonoma Avenue, Room 112, Santa Rosa CA 95404

**IRS**
artment of the Treasury
nal Revenue Service
w.irs.gov
n 2039(Rev. 12-2001)
alog Number 21405J

on the **February 15, 2006** day of **February**, **2006** at **9:00** o'clock **A** m.

Issued under authority of the Internal Revenue Code this _13th_ day of _January, 2006_

_Sara Bentley_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

**Exhibit A**   Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| January 13, 2006 | 10:00 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Richard Rose

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| Sara Bentley | Revenue Officer |

This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)