SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Tel.  (415) 436-7017
 Fax.  (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>SARA BENTLEY, Revenue Officer,<br><br>    Petitioners,<br><br>  v.<br><br>BETTY J. EBY,<br><br>    Respondent. | No. C-06-2844-MJJ<br><br>**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT** |

On August 15, 2006, the Court entered an Order Enforcing Summons. The respondent, Betty J. Eby, was ordered by the Court to appear on September 12, 2006, before Revenue Officer Sara Bentley, or any other designated agent at the Santa Rosa, California offices of the Internal Revenue Service and to comply with the IRS summons served on her. On August 17, 2006, the order was served on the respondent who did not appear and has failed to provide the testimony and produce the documents as ordered by the Court in the Order Enforcing Summons. Declaration of Thomas Moore at ¶¶ 2-3. Declaration of Teresa Ryan at ¶¶ 2-4.

Accordingly, the United States of America requests that respondent be ordered to appear and show cause before this Court, if any, why she should not be held in contempt for her failure to comply with the Court's Order.

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT; ORDER TO SHOW CAUSE RE: CONTEMPT; DECLARATION OF TERESA RYAN IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT; and PROOF OF SERVICE AND DECLARATION OF THOMAS MOORE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

BETTY EBY
4724 TERRACE AVENUE
LAKEPORT, CA 95453

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 15, 2007** at San Francisco, California.

/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**