SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
d  Tel.         (415) 436-7017
 Fax.  (415) 436-6748

 Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,      )<br>)<br>Petitioners,      )<br>v.      )<br>)<br>BETTY J. EBY,      )<br>)<br>Respondent.      )<br>      ) | No. C-06-2844-MJJ<br><br>DECLARATION OF TERESA RYAN IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE:CONTEMPT |

I, TERESA RYAN, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.      I am employed as a Revenue Officer with the Department of Treasury, Internal Revenue Service in Santa Rosa, California. As part of my official duties, I have been assigned to determine and collect the tax liabilities of Betty J. Eby.

2.      After this Court entered its Order Enforcing Summons, this office made several telephone calls to Ms. Eby and also sent her letters asking her to comply with the Order and the summons.

3.      Finally on November 14, 2007, Ms. Eby kept an appointment with this office to comply with the Order and summons.

4.       At that meeting, Ms. Eby refused to answer our summons related questions and did not produce the required records, and instead, challenged the authority of the IRS employees and refused to comply with the summons because of a court of appeals case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007, Santa Rosa, California.

                                                     /s/ Teresa Ryan
                                                     TERESA RYAN