SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Tel.  (415) 436-7017
 Fax.  (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,**         **Petitioners,**         v.  **BETTY J. EBY,**         **Respondent.** | Case No. C-06-2844-MJJ  **PROOF OF SERVICE AND DECLARATION OF THOMAS MOORE** |

I, THOMAS MOORE, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.  I am employed as an Assistant United States Attorney with the United States Attorney's Office in San Francisco California. As part of my official duties, I have been assigned to represent the United States in the above-entitled matte.

2.  On August 17, 2007, by United States Post Office mail, this office served a copy of the August 15, 2006, Order Enforcing Summons on Betty J. Eby and such mail was not returned to this office by the Post Office.

3.  Betty J. Eby did not produce the required documents, give testimony to the IRS or appear at the IRS office as ordered by this Court.

4.  On October 5, 2006, this office gave Ms. Eby one last extension to comply with the order, but she failed to comply. See attached Letter to Ms. Eby's representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2007, San Francisco, California.

/s/ Thomas Moore
THOMAS MOORE

**U.S. Department of Justice**

United States Attorney
Northern District of California

KVR:JRW:kpt

Jay R. Weill, *Chief*
David L. Denier
Thomas Moore
Emily J. Kingston

*10th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*

*(415) 436-6999*
*FAX:(415) 436-6748*
*FAX:(415) 436-6927*

October 5, 2006

H.G. Sawyer
4400 Truxel Road, #33 South
Sacramento, CA 95834

Re: *United States v. Betty J. Eby*
    *No. C-06-2844-MJJ   USDC ND Calif.*

Dear Mr. Sawyer:

*I will give your client one last extension of time to comply with the Order Enforcing Summons filed on August 15, 2006. See attached. You have until October 25, 2006 to provide Revenue Officer Sara Bentley with all the documents requested in the Summons attached to the Order.*

*Please call her at (707) 535-3816 to arrange a compliance date on or before October 25, 2006.*

Very truly yours,

KEVIN V. RYAN
United States Attorney

JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

cc:   Sara Bentley

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer, | ) ) NO. C-06-2844-MJJ |
| Petitioners, | ) ) |
| v. | ) **ORDER ENFORCING SUMMONS** |
| BETTY J. EBY, | ) ) |
| Respondent. | ) ) |

This case having come on for hearing on August 15, 2006, at 2:00 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Betty J. Eby, shall appear before Revenue Officer Sara Bentley, or any other designated agent, on September 12, 2006, at 9:00a.m., at the Offices of the Internal Revenue Service located at 777 Sonoma Avenue, Room 112, Santa Rosa, CA 95404, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 15 day of August, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE



# Summons

ie matter of __Betty J. Eby, 4724 Terrace Avenue, Lakeport, CA 95453__

rnal Revenue Service (Division): __Small Business/Self Employed__

istry/Area (name or number): __Small Business/Self Employed - California Area__

iods __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__

## The Commissioner of Internal Revenue

__Betty J. Eby__
__4724 Terrace Avenue, Lakeport, CA 95453__

are hereby summoned and required to appear before Sara Bentley, an officer of the Internal Revenue Service, to give testimony and to bring with you and to uce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of ring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods in.

ocuments and records in your possession or control reflecting the receipt of taxable income by you for the year(s) __Tax years ending ember 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__, including but not limited to: iment of wages for the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and ember 31, 2004__, statements regarding interest or dividend income for the year(s) __Tax years ending December 31, 2000, December 31, I, December 31, 2002, December 31, 2003 and December 31, 2004__; employee earnings statements for the year(s) __Tax years ending ember 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__; records of deposits to bank ounts during the year(s) __Tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and ember 31, 2004__; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any r compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, me life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership s income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) __Tax years ending December 31, 2000, ember 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004__ (for which year(s) no return have been made) may be rmined.

**Do not write in this space**

siness address and telephone number of IRS officer before whom you are to appear:

7 Sonoma Avenue, Room 112, Santa Rosa CA 95404   707 535-3816

ice and time for appearance at:   777 Sonoma Avenue, Room 112, Santa Rosa CA 95404

**IRS**
artment of the Treasury
nal Revenue Service
w.irs.gov
n 2039(Rev. 12-2001)
alog Number 21405J

on the __February 15, 2006__ day of __February__, __2006__ at __9:00__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __13th__ day of __January, 2006__

_Sara Bentley_
Signature of Issuing Officer

__Revenue Officer__
Title

Signature of Approving Officer (if applicable)   Title

Exhibit A   Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

:ertify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| _January 13, 2006_ | _10:00 am_ |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Richard Rose_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| _Sara Bentley_ | _Revenue Officer_ |

This certificate is made to show compliance with IC Section 7609. This certificate does not apply summonses served on any officer or employee the person to whose liability the summons lates nor to summonses in aid of collection, to etermine the identity of a person having a imbered account or similar arrangement, or to etermine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

ite of giving Notice: _____   Time: _____

ime of Noticee: _____

dress of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| gnature | Title |
|---|---|
|  |  |

rtify that the period prescribed for beginning a proceeding to quash this summons has expired and that such proceeding was instituted or that the noticee consents to the examination.

| ignature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)