IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>BETTY J. EBY,<br><br>Respondent. | No. C-06-2844 MJJ<br><br><br><br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT** |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondent appear in person before this Court on the __29th__ day of __January__, 2008, at __9:30__ __a__.m., in Courtroom No. 11, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if she has any, why she should not be held in contempt for her failure to comply with the Order Enforcing Summons enter August 15, 2006; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further

1  **ORDERED** that within twenty-eight (28) days before the return date of this Order, the
2  respondent may file and serve a written response to the Order To Show Cause Re: Contempt,
3  supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection
4  1746, as well as any motions he desires to make; that the petitioner may file and serve a written
5  reply to such response, if any, within fourteen (14) days before the return date of this Order; that
6  all motions and issues raised by the pleadings will be considered on the return date of this Order,
7  and only those issues raised by motion or brought into controversy by the responsive pleadings
8  and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.
9  **ORDERED** this __19th__ day of __November__, 2007, at San Francisco,
10 California.



_____
UNITED STATES DISTRICT JUDGE

**ORDER TO SHOW CAUSE RE:**
**CONTEMPT (No. C-07-2515 MHP)**                2