```
 1  SCOTT N. SCHOOLS (SCSB 9990)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
     9th Floor Federal Building
 4   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 5   Tel.  (415) 436-7017
     Fax.  (415) 436-6748
 6
    Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>SARA BENTLEY, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>BETTY J. EBY,<br><br>    Respondent. | No. C-06-2844-MJJ<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, **KATHY P. TAT** declare:

    That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

    I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

ORDER TO SHOW CAUSE RE: CONTEMPT - filed November 20, 2007

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

```
Certificate of Service
C-06-2844-MJJ                      1
```

|     |     |
| --- | --- |
| 1   | ____    **PERSONAL SERVICE (BY MESSENGER)** |
| 2   | ____    **FACSIMILE (FAX)** No.: _____ |
| 3   | to the parties addressed as follows: |
| 4   | BETTY EBY<br>4724 TERRACE AVENUE |
| 5   | LAKEPORT, CA 95453 |
| 6   | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 7   | true and correct. |
| 8   | Executed on **November 21, 2007** at San Francisco, California. |
| 9   |     |
| 10  | _____    **/s/ Kathy Tat**<br>**KATHY P. TAT** |
| 11  | **Legal Assistant** |

Certificate of Service
C-06-2844-MJJ                         2