IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                Courtroom Clerk: **Monica Narcisse**

DATE:  **January 29, 2008**        [**10:35 - 10:39 am**]        Court reporter: **Belle Ball**

Case Number:    **C06-02844 MJJ**

Case Name:    **UNITED STATES OF AMERICA** v.    **BETTY J. EBY**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Thoms Moore, AUSA**                    **Betty Eby, Pro Se**

TYPE OF HEARING:        **Order to Show Cause re: Contempt**

ORDERED AFTER HEARING:
- **Court finds respondent Betty Eby, in contempt of this Court's Order Enforcing Summons, and respondent is fined $500 per day from this date until the date she complies with the Order Enforcing Summons.**
- **If respondent complies with this Order Enforcing Summons, within fourteen (14) days of this date, she will be purged of the $500 per day fine that might have accrued against her for her failure to comply.**
- **If respondent fails to comply with the Order Enforcing Summons, she shall appear in person before this Court on the date indicated below and show cause why she should not be imprisoned until she complies with the Court's Order Enforcing Summons.**

ORDER TO BE PREPARED BY:    Plntf () Deft () Joint () Court ()

Referred to Magistrate Judge    For:    **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:  **April 1, 2008 at 9:30 a.m.**        for        **Order to Show Cause re: Contempt**

Pre-Trial Conference Date :        at 3:30 p.m.

Trial Date:    at 8:30 a.m.        Set for days
        Type of Trial:  ()Jury    ( )Court

Notes:    **Order signed in court.**