FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>BETTY J. EBY,<br><br>Respondent. | No. C-06 C-06-2844 MJJ<br><br>[proposed]<br>**ORDER FINDING RESPONDENT IN CONTEMPT** |

This matter came before the Court on January 29, 2008, upon the Court's Order to Show Cause Re Contempt entered November 20, 2007.

On August 15, 2006, the Court entered its Order Enforcing Summons in this matter. Ms. Eby has yet to produce the documents or the testimony ordered by the Court in the Order Enforcing Summons.

Due to respondent's failure to comply with the Order Enforcing Summons, the petitioners filed an Application For Entry of Order to Show Cause Re: Contempt on November 15, 2007. On November 29, 2007, this Court ordered respondent to appear and show cause, if any, why she should not be held in contempt for her failure to comply with the Court's Order Enforcing Summons. On January 29, 2008, the show cause hearing was held.

Despite the great length of time Ms. Eby has had to comply with the Order Enforcing Summons, Ms.. Eby has not complied with the summons by providing the government with the

ORDER FINDING RESPONDENT
IN CONTEMPT (No. C-06-2844-MJJ)            1

1  summoned records or the required testimony.

2  The Court having considered the record herein, it is hereby

3  **ORDERED** that respondent Betty J. Eby, is in contempt of this Court's Order Enforcing
4  Summons, and respondent is fined $500 per day from this date until the date she complies with
5  the Order Enforcing Summons.

6  **IT IS FURTHER ORDERED** that if respondent Betty J. Eby complies with the Order
7  Enforcing Summons, within fourteen (14) days of this date, she will be purged of the $500 per
8  day fine that might have accrued against her for her failure to comply with the Order Enforcing
9  Summons.

10  **IT IS FURTHER ORDERED** that if, by February 19, 2008 respondent Betty J. Eby has
11  failed to comply with the Order Enforcing Summons, she shall appear in person before this Court
12  on the 1st day of April, 2008, at 9:30 a.m. United States Courthouse, 450 Golden Gate
13  Avenue, San Francisco, California and then and there show cause why she should not be
14  imprisoned until she complies with the Court's Order Enforcing Summons.

15  **ORDERED** this 29th day of January, 2008 at San Francisco, California.

UNITED STATES DISTRICT JUDGE

ORDER FINDING RESPONDENT
IN CONTEMPT (No. C-06-2844-MJJ)          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>    Plaintiff,<br><br>v.<br><br>BETTY J. EBY et al,<br><br>    Defendant.<br>_____/ | Case Number: CV06-02844 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Eby
4724 Terrace Ave
Lakeport, CA 95453

Dated: January 29, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk