IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BETTY J. EBY,<br><br>    Defendant. | No. C06-02844 MJJ<br><br>**ORDER RE: RESPONDENT'S MOTION TO DISMISS ORDER FINDING RESPONDENT IN CONTEMPT** |

On January 19, 2008, this Court entered an Order finding Respondent Betty J. Eby in contempt and fining her $500 per day until she complied with the Court's August 15, 2006 Order Enforcing Summons. The Court's January 19, 2008 Order, however, provided that if Respondent complied with the Order Enforcing Summons within fourteen (14) days of January 29, 2008, she would be purged of the $500 per day fine that might have accrued against her.

On February 26, 2008, Respondent filed a motion seeking a ruling from the Court that she has complied with the Order Enforcing Summons and purging the $500 per day fine. Respondent represents in the motion that she appeared on February 11, 2008 to give testimony and produce certain documents. However, Respondent's motion also indicates that at the summons appointment reflects she asserted the Fifth Amendment as a basis for not responding to several questions and not producing certain

So that the Court can evaluate the merits of Respondent's motion, the Court hereby **ORDERS** the Government to file an opposition or statement of non-opposition to Respondent's motion **no later than Friday, March 14, 2008**.

**IT IS SO ORDERED.**

Dated: March 6, 2008

                                                                     _____<br>
                                                                     MARTIN J. JENKINS<br>
                                                                     UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*