JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASB 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7017
 Fax:          (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and **SARA BENTLEY, Revenue Officer,**<br><br>        **Petitioners,**<br><br>     v.<br><br>**BETTY J. EBY,**<br><br>        **Respondent.** | No. C-06-2844-MJJ<br><br>**DECLARATION OF THOMAS MOORE IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS** |

I, THOMAS MOORE, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1.      I am employed as an Assistant United States Attorney with the United States Attorney's Office in San Francisco, California. As part of my official duties, I have been assigned to above described matter.

2.      On January 29, 2008, I attended the contempt show cause hearing in this matter.

3.      Prior to the matter being called before the Court, I met with respondent Betty Eby outside the courtroom and discussed the then pending contempt application and the respondent's refusal to comply with the IRS summons.

4.      Ms. Eby's advisor, Joe Bannister, accompanied Ms. Eby outside the courtroom, but he did not participate in the discussions between Ms. Eby and me, instead, he only watched from a distance.

///

///

5.    During the course of my meeting with Ms. Eby, she answered my questions concerning axes and told me about a "corporation sole" which she purchased for $1,200.00 as tax avoidance vehicle, her advisor former IRS Special Agent Joe Bannister, and information concerning her income from 1996- 2007 tax years. She specified at least two specific income sources and the amounts and periods of income from those sources.

6.    Ms. Eby told me she brought the summonsed records with her to the hearing and that they were in the courtroom with her husband.

7.    I provided Ms. Eby with a proposed contempt order and told her I would ask the court to enter it against her. We discussed the proposed order and Ms. Eby agreed to have the order entered against her.

8.    While we were talking about her next meeting with the IRS, Ms. Eby's husband told us that this matter was called to hearing by the Court. At that time Ms. Eby, her advisor, Joe Bannister, and I returned to the courtroom for the hearing.

9.    We informed the Court of our agreement and provided the proposed Order Finding Respondent In Contempt to this Court. This Court then questioned Ms. Eby concerning her desire to enter the proposed order and then the Court entered the agreed contempt order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2007, San Francisco, California.

_____
THOMAS MOORE