IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 19 P 12:24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | |
| ) | |
| BETTY J. EBY, ) | |
| ) | Case No. **C-06-2844 MJJ** |
| Respondent. ) | |
| ) | |

REPLY—RESPONDENT'S MOTION TO DISMISS
ORDER FINDING RESPONDENT IN CONTEMPT



COMES NOW Betty J. Eby, Respondent *pro se*, and hereby replies to the Government's "DECLARATION OF THOMAS MOORE IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS"; and for this, states as follows:

In Respondent Betty J. Eby's ("Ms. Eby") "Respondent's Motion to Dismiss Order Finding Respondent in Contempt," she points out that she answered each and every question and request for production of documents, by either full compliance, or invoking her Fifth Amendment right to not be a witness against herself. Ms. Eby also invoked her Fifth Amendment right by refusal to authenticate certain documents, to the extent that they might have existed, in keeping with the case law governing such things. This is why Ms.

Eby has moved this court to dismiss its order of contempt and to lift the fines that would be imposed for failure to comply.

Government Attorney Thomas Moore's affidavit/response does nothing to substantially rebut Eby's motion to dismiss said contempt order. Sure, Attorney Moore's document attempts to disparage former IRS agent Joe Banister, Ms. Eby's assistant and witness, whom Moore met outside the courtroom when Moore had browbeaten Ms. Eby (see Moore's declaration, ¶¶ 4-5); and to vilify Ms. Eby with his hearsay allegations of Ms. Eby establishing a "corporate sole" [which is hardly illegal, even if it were true]; but these assertions do **nothing** to rebut Eby's legal arguments showing compliance with this Court's order. Merely because Ms. Eby properly invoked her Fifth Amendment right does not amount to contempt, no matter how upset Attorney Moore is, over the matter.

As the record shows, Ms. Eby has fully complied with this Court's ORDER. Moreover, Attorney Moore has provided no evidence, nor even substantive allegations, to the contrary.

WHEREFORE, Respondent prays that this Court:
(1) FIND that Betty Eby was in full compliance with the Court's ORDER

that she fully with the IRS administrative summons;

(2) that, having complied with the Court's ORDER enforcing said summons, the $500.00 per day fine for failure to comply with the Order Enforcing Summons be purged; and,

(3) that the Court's ORDER FINDING RESPONDENT IN CONTEMPT be dismissed in its entirety.

Respectfully submitted this 18th day of March, 2008.

*Betty J. Eby*

Betty J. Eby, Respondent *pro se*
4724 Terrace Ave.
Lakeport, California 95453

## CERTIFICATE OF SERVICE

It is hereby certified by the undersigned, a person over the age of 21 and a citizen of California, that the following documents:

(1) REPLY--RESPONDENT'S MOTION TO DISMISS ORDER FINDING RESPONDENT IN CONTEMPT; and,

(2) CERTIFICATE OF MAILING;

have been sent via the U.S. Postal Service, postage having been paid in full, on the 18th day of March, 2008, to the party indicated hereinafter.

Thomas Moore, Asst. U.S. Atty.
10th Floor, Fed. Bldg.
450 Golden Gate Ave., Box 36055
San Francisco, Ca. 94102

*Betty J. Eby*
Betty J. Eby
4724 Terrace Ave.
Lakeport, California 95453

Also sent to:

Clerk, US Dist. Ct.—N. Dist of CA.
450 Golden Gate Ave.; 16th Floor
San Francisco, CA 94102