```
1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Chief, Tax Division
3  Assistant United States Attorney
    10th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Attorneys for the United States of America
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>SARA BENTLEY, Revenue Officer,<br><br>        Petitioners,<br><br>    v.<br><br>BETTY J. EBY,<br><br>        Respondent. | No. C-06-2844-MJJ<br><br>SUPPLEMENTAL<br>**DECLARATION OF TERESA RYAN<br>IN SUPPORT OF APPLICATION FOR<br>ENTRY OF ORDER TO SHOW CAUSE<br><u>RE:CONTEMPT</u>** |

I, TERESA RYAN, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

    1.    I am employed as a Revenue Officer with the Department of Treasury, Internal Revenue Service in Santa Rosa, California. As part of my official duties, I have been assigned to determine and collect the tax liabilities of Betty J. Eby.

    2.    After this Court entered its Order Enforcing Summons, this office made several telephone calls to Ms. Eby and also sent her letters asking her to comply with the Order and the summons.

    3.    Finally on November 14, 2007, Ms. Eby kept an appointment with this office to comply with the Order and summons.

    4.    Ms. Eby appeared with four other persons: Richard Rose, Jeff Smith, Joe Allan, and Bob Stutrud.

    5.    At the meeting I asked Ms. Eby if she had brought the documents and records requested in the summons. I read back what documents were requested in the summons, specifically that the summons asked to produce:

[1] statements of wages for the tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004.
[2] statements regarding interest or dividend income for the tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004.
[3] employee earnings statements for the tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004.
[4] records of deposits to bank accounts during the tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004.
[5] and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the tax years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004 (for which years no return has been made) may be determined.

6. In response, Ms. Eby said that as a citizen of the United States she had a right to ask me questions, specifically she asked if I could show her the law that required her to file a 1040. She then asked if I was an employee of the federal government.

7. I explained that I was a revenue officer and I again asked Ms. Eby if she was going to comply with the summons and that the purpose of the meeting was to give Ms. Eby another opportunity to comply with the summons. Ms Eby did not produce the documents and records requested, nor answer my questions. Instead Ms. Eby, along with members of her group, proceeded to ask further questions and challenge the authority of IRS employees. Therefore, the meeting was adjourned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2008, Santa Rosa, California.


/s/ Teresa Ryan
TERESA RYAN

Suppl. Decl. Of T. Ryan In Supp. Of Appl.
For Entry Of Ord. To Show Re: Contempt
(No. C-06-2844-MJJ)                                2

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**SUPPLEMENTAL DECLARATION OF TERESA RYAN IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

BETTY EBY
4724 TERRACE AVENUE
LAKEPORT, CA 95453

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 1, 2008** at San Francisco, California.

                                             /s/ Kathy Tat
                                           **KATHY TAT**
                                           **Legal Assistant**