IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Narcisse**

DATE: **April 2, 2008**      [**10:25 - 11:10 am**]         Court reporter: **Debra Pas**

Case Number:      **C06-02844 MJJ**

Case Name:        **UNITED STATES OF AMERICA** v.    **BETTY J. EBY**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Thomas Moore | Betty Eby |
| Gurpreet Bal | Paula Bauer, specially appearing |

TYPE OF HEARING:        **OSC & Motion**

| MOTIONS PROCEEDINGS: | RULING: |
|---|---|
| 1. **Respondent's Motion to Dismiss** | **Pending** |

ORDERED AFTER HEARING:
• Respondent's supplemental briefing by new counsel due by 4/9/2008.
• Government's sur-reply due 4/11/2008.

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge      For: **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:              for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.         Set for  days
             Type of Trial:  ()Jury     ( )Court

Notes:      Matter shall be reassigned for further proceedings.