```
JOSEPH P. RUSSONIELLO   (CSBN.44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>SARA BENTLEY, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>BETTY J. EBY,<br><br>    Respondent. | Case No. C-06-2844-SBA<br><br>STIPULATION TO STAY ACCRUAL OF CONTEMPT FINE AND [proposed] ORDER |

It is hereby stipulated by and between Petitioners, United States of America and Sara Bentley, and Respondent, Betty J. Eby, through their undersigned counsel, that the accrual of the $500 per day civil contempt fine be stayed until the May 7, 2008 status conference scheduled in this matter.

The stay is appropriate as the parties are attempting to resolve this dispute and the stay will allow the parties to pursue settlement without additional prejudice to the respondent.

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

/s/ Paula K. Bauer                          /s/ Thomas Moore
PAULA K. BAUER                            THOMAS MOORE
Attorney for Respondent,              Assistant United States Attorney
Betty J. Eby                                            Tax Division
                                                      Attorneys for Petitioners

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                           _____
                                                   UNITED STATES DISTRICT JUDGE