1  JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3   10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
   Telephone: (415) 436-7017
5
Attorneys for United States of America
6
IN THE UNITED STATES DISTRICT COURT FOR THE
7  NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
8

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA and  ) <br> SARA BENTLEY, Revenue Officer,  ) | Case No. C-06-2844-SBA |
| 10 | )  <br> Petitioners,  ) | STATUS CONFERENCE STATEMENT, <br> REQUEST FOR CONTINUANCE, AND <br> [proposed] ORDER THEREON |
| 11 | )  <br> v.  ) | |
| 12 | )  <br> BETTY J. EBY,  ) | TIME:  May 7, 2008 <br> DATE: 3:150 p.m. <br> PLACE: Via telephone |
| 13 | )  <br> Respondent.  ) | |
| 14 | _____ ) | |

15      The parties submit this Status Conference Statement to advise the Court of the recent

16  progress in this case.

17      1.      <u>PROCEEDINGS IN THIS MATTER</u>

18      On January 19, 2008, petitioner was held in contempt for failure to comply with the Court's

19  order enforcing summons.

20      On February 26, 2008, the respondent filed a motion seeking a ruling that she has complied

21  with the summons and purging her of the $500 fine.

22      On April 17, 2008, this Court entered a stipulated order staying the contempt fine while the

23  parties attempt to resolve this dispute.

24      Respondent has an appointment with a tax return preparer to prepare the past due tax returns

25  at issue.  It is anticipated that once the preparer completes the returns for filing by the taxpayer, the

26  parties will be able to resolve this dispute.  Because the return preparer has been unable to meet with

27  the respondent due to the press of annual April 15th business to file others' currently due tax returns,

28  additional time is required to properly prepare the returns at issue in this matter.

C-06-02844 SBA
STATUS CONFERENCE STATEMENT

1    **2.      REQUEST TO CONTINUE STATUS CONFERENCE**

2        Because the parties will be in a position to resolve this dispute once the tax returns are

3    prepared and filed and because additional time is necessary to accomplish that task, the parties

4    request that the Case Management Conference be continued to 2:45 p.m. on May 29, 2008, via

5    telephone.  Petitioners' counsel will set up a telephone conference with all parties on the line when

6    it calls chambers for the conference.

7        The stay of the contempt order will continue to May 29, 2008, so that the parties may have

8    adequate time to properly prepare the tax returns and resolve the dispute.

9                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
10

11   /s/ Paula K. Bauer                          /s/ Thomas Moore
     PAULA K. BAUER                              THOMAS MOORE
12   Attorney of Respondent                      Assistant United States Attorney
        Betty J. Eby                             Tax Division
13                                               Attorneys for Petitioners

14

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated:_____        _____
                                          UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28