1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5
   Attorneys for United States of America
6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7                       NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
8
   UNITED STATES OF AMERICA and      )   Case No. C-06-2844-SBA
9  SARA BENTLEY, Revenue Officer,    )
                                     )   STATUS CONFERENCE STATEMENT,
10              Petitioners,          )   REQUEST FOR CONTINUANCE, AND
                                     )    ORDER THEREON
11       v.                           )
                                     )   TIME:  May 7, 2008
12 BETTY J. EBY,                     )   DATE: 3:150 p.m.
                                     )   PLACE: Via telephone
13              Respondent.           )
   _____    )
14
       The parties submit this Status Conference Statement to advise the Court of the recent
15
   progress in this case.
16

17     **1.    <u>PROCEEDINGS IN THIS MATTER</u>**

18     On January 19, 2008, petitioner was held in contempt for failure to comply with the Court's

19 order enforcing summons.

20     On February 26, 2008, the respondent filed a motion seeking a ruling that she has complied

21 with the summons and purging her of the $500 fine.

22     On April 17, 2008, this Court entered a stipulated order staying the contempt fine while the

23 parties attempt to resolve this dispute.

24     Respondent has an appointment with a tax return preparer to prepare the past due tax returns

25 at issue. It is anticipated that once the preparer completes the returns for filing by the taxpayer, the

26 parties will be able to resolve this dispute. Because the return preparer has been unable to meet

27 with the respondent due to the press of annual April 15th business to file others' currently due tax

28 returns, additional time is required to properly prepare the returns at issue in this matter.

## 2. REQUEST TO CONTINUE STATUS CONFERENCE

Because the parties will be in a position to resolve this dispute once the tax returns are prepared and filed and because additional time is necessary to accomplish that task, the parties request that the Case Management Conference be continued to 2:45 p.m. on May 29, 2008, via telephone. Petitioners' counsel will set up a telephone conference with all parties on the line when it calls chambers for the conference.

The stay of the contempt order will continue to May 29, 2008, so that the parties may have adequate time to properly prepare the tax returns and resolve the dispute.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/ Paula K. Bauer<br>PAULA K. BAUER<br>Attorney of Respondent<br>  Betty J. Eby | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Petitioners |

PURSUANT TO STIPULATION, the telephonic Case Management Conference set for May 7, 2008 at 3:15 p.m., shall be continued to May 29, 2008 at 2:45 p.m. All other provisions of the Case Management Scheduling Order for Reassigned Civil Cases [Docket No. 28] shall remain in effect.

IT IS SO ORDERED.

Dated: 4/21/08

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIP. TO CONT. CMC & ORDER**
**(NO. C-00-20773-RMW)**           Page 3