IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | NO. CV 06-02844 SBA |
|       Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| Eby | |
|       Defendant. | |

Please be advised that on **04/21/08,** the incorrect docket event was used by counsel **MOTION for Continuance [32].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 04/22/2008                                    /s/
                                                  Jessie Mosley
                                                  510-637-3536
                                                  Case Systems Administrator