JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>BETTY J. EBY,<br><br>    Respondent. | Case No. C-06-2844-SBA<br><br>STATUS CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE, AND [proposed] ORDER THEREON<br><br>TIME:  May 29, 2008<br>DATE:  2:45 p.m.<br>PLACE: Via telephone |

The parties submit this Status Conference Statement to advise the Court of the recent progress in this case.

**1.**     <u>PROCEEDINGS IN THIS MATTER</u>

On January 19, 2008, petitioner was held in contempt for failure to comply with the Court's order enforcing summons, and on April 17, 2008, this Court stayed while the parties attempt to resolve this dispute.

Respondent has retained a tax return preparer who is preparer the past due tax returns at issue. It is hoped that the preparer can complete the past due returns within the next 30 days.

**2.**     <u>REQUEST TO CONTINUE STATUS CONFERENCE</u>

Because the parties will be in a position to resolve this dispute once the tax returns are prepared and filed and for the IRS to review those returns and because additional time is necessary to accomplish that task, the parties request that the Case Management Conference be continued to 3:00 p.m. on July 10, 2008, via telephone. Petitioners' counsel will set up a telephone conference with all parties on the line when it calls chambers for the conference.

1  The stay of the contempt order will continue to July 10, 2008, so that the parties may have

2  adequate time to properly prepare the tax returns and resolve the dispute.

3                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
4

5  /s/ Paula K. Bauer                                           /s/ Thomas Moore
   PAULA K. BAUER                                               THOMAS MOORE
6  Attorney of Respondent                                       Assistant United States Attorney
      Betty J. Eby                                              Tax Division
7                                                               Attorneys for Petitioners

8

9          PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  Dated:_____          _____
                                                    UNITED STATES DISTRICT JUDGE
12