1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

3

4

UNITED STATES OF AMERICA, *et al.*,

                Plaintiffs,

5

  v.

6

BETTY J. EBY,

7

             Defendant.

8

No.  C 06-02844 SBA

**ORDER**

[Docket No. 35]

9

10

      IT IS HEREBY ORDERED THAT in light of the parties attempt to settle, their Motion to

11

Continue Status Conference [Docket No. 35] is GRANTED.  The Case Management Conference set

12

for May 29, 2008, at 2:45 p.m., *see* Docket No. 33, is CONTINUED to July 10, 2008, at 3:00 p.m.

13

The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

14

Management Conference Statement which shall be filed no later than ten (10) days prior to the Case

15

Management Conference that complies with the Standing Order for All Judges of The Northern

16

District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing

17

the statement as well as for arranging the conference call.  All parties shall be on the line and shall

18

call (510) 637-3559 at the above indicated date and time.

19

20

      IT IS SO ORDERED.

21

22

    May 19, 2008

23

24

25

26

27

28

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA et al,

        Plaintiff,

  v.

EBY et al,

        Defendant.
_____/

Case Number: CV06-02844 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty J. Eby
4724 Terrace Ave
Lakeport,  CA 95453

Dated: May 20, 2008

                       Richard W. Wieking, Clerk
                       By: LISA R CLARK, Deputy Clerk