PAULA K. BAUER
　ATTORNEY AT LAW
STATE BAR NO. 142009
3505 SONOMA BLVD., #168
VALLEJO, CA  94590-2920
(T): 415.516.2805
(F): 415.946.3386
paula@bauerlaw.com

Attorney for Respondent
BETTY J. EBY

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

♦ ♦ ♦ ♦

| | |
|---|---|
| UNITED STATES OF AMERICA AND SARA BENTLEY, REVENUE OFFICER,<br><br>　　　　PETITIONERS,<br>v.<br><br>BETTY J. EBY,<br><br>　　　　RESPONDENT. | Case No. C-06-2844-SBA<br><br>**NOTICE OF RESPONDENT'S COUNSEL'S CHANGE OF TELEPHONE AND FACSIMILE NUMBERS** |

**PLEASE TAKE NOTICE** that Respondent's Counsel's telephone and facsimile numbers change to the following, as of the date of your receipt of this notice:

　　　Telephone: 415.516.2805

　　　Facsimile: 415.946.3386

　　All other firm information remains the same.  Thank you for amending your records.

Date: 27 May 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAULA K. BAUER
　　　　　　　　　　　　　　　　　　　Attorney for Respondent Betty Eby

-1-

Notice of Respondent's Counsel's Change of Telephone and Facsimile Numbers
No. C-06-2844-SBA