**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C 06-02844 SBA |
| Petitioner, | |
| v. | **ORDER** |
| BETTY J. EBY, | [Docket No. 18] |
| Respondent. | |

On January 13, 2006, the IRS served a summons on respondent, pro se, seeking certain documents regarding her alleged tax liabilities for 2000 through 2004. Docket No. 1 ¶¶ 3, 7. The summons directed respondent to appear before an IRS officer on January 15, 2006. *Id.*, Ex. "A." Respondent did not appear. *Id.* ¶ 9. Petitioner requested Judge Martin J. Jenkins set an order to show cause hearing as to why respondent should not appear and produce the requested documents to the IRS. *Id.* ¶¶ A-B. Judge Jenkins set an order to show cause hearing for June 27, 2006, Docket No. 3, which was continued to August 15, 2006, Docket No. 6. Respondent failed to appear for her hearing, Docket No. 8, and Judge Jenkins ordered her to appear on September 12, 2006 before an IRS officer. Docket No. 9. The clerk then terminated this matter. *See* Docket entry dated Aug. 15, 2006.

Respondent failed to appear on September 12, 2006, and on November 15, 2007,[1] the IRS requested Judge Jenkins set another order to show cause hearing, Docket No. 10, which he did, for January 29, 2008, Docket No. 14. On this date, respondent appeared, pro se, and Judge Jenkins found her in contempt, fining her $500 per day until she complied with the summons. Docket Nos. 16-17. He also ordered, however, if she complied within 14 days all fines would be purged, but if she failed to comply, then she had to appear on April 1, 2008, and show cause why he should not imprison her. *Id.*

---

[1] The Court file does not indicate why the IRS waited more than a year to petition for relief.

1   On February 26, 2008, respondent pro se, filed a Motion to Dismiss Order Finding
2   Respondent in Contempt, seeking to purge her contempt fines.  Docket No. 18.  In her motion, she
3   alleges she complied with Judge Jenkins' order, by appearing for a summons appointment on
4   February 11, 2008, and refusing to produce any records or answer any questions, under the Fifth
5   Amendment.  *Id.*  Judge Jenkins set a briefing schedule set to end March 14, 2008.  Docket No. 19.
6   A hearing was held on April 2, 2008, at which a supplemental briefing schedule was set, which ran
7   through April 11, 2008.  Docket No. 26.  Respondent, with an attorney who was only making a
8   "special" appearance, filed a reply, Docket No. 29, but petitioner filed no sur-reply.

9   On April 7, 2008, this matter was reassigned to this Court, and the parties were instructed to
10  re-notice all previously noticed motions.  Docket No. 27.  On April 17, 2008, the Court approved a
11  stipulation to stay the civil contempt fine, as the parties were in settlement negotiations.  Docket
12  No. 31.  Respondent never re-noticed her motion to purge her contempt fines.  As the parties are in
13  settlement negotiations, the Court DISMISSES without prejudice respondent's Motion to Dismiss
14  Order Finding Respondent in Contempt [Docket No. 18].  If the parties are unable to resolve this
15  issue in their settlement negotiations, respondent may re-file a motion on this issue.

17  IT IS SO ORDERED.

19  June 16, 2008                                    _____
                                                    Saundra Brown Armstrong
                                                    United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28