JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　　　　v.<br><br>BETTY J. EBY,<br><br>　　　　Respondent. | Case No. C-06-2844-SBA<br><br>STATUS CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE, AND [proposed] ORDER THEREON<br><br>TIME:　July 10, 2008<br>DATE: 3:00 p.m.<br>PLACE: Via telephone |

　　　The parties submit this Status Conference Statement to advise the Court of the recent progress in this case.

　　　**1.　PROCEEDINGS IN THIS MATTER**

　　　On January 19, 2008, petitioner was held in contempt for failure to comply with the Court's order enforcing summons, and on April 17, 2008, this Court stayed while the parties attempt to resolve this dispute.

　　　Respondent has retained a tax return preparer who is preparing the past due tax returns at issue. It is expected that the preparer will complete the past due returns within the next 60 days.

　　　**2.　REQUEST TO CONTINUE STATUS CONFERENCE**

　　　Because the parties will be in a position to resolve this dispute once the tax returns are prepared and filed and for the IRS to review those returns and because additional time is necessary to accomplish that task, the parties request that the Case Management Conference be continued to a date acceptable to the Court and at least 60 days from today's date so that the tax returns can be

///

1  prepared.

                                                    JOSEPH P. RUSSONIELLO  
                                                    United States Attorney

/s/ Paula K. Bauer                                  /s/ Thomas Moore  
PAULA K. BAUER                                  THOMAS MOORE  
Attorney of Respondent                        Assistant United States Attorney  
  Betty J. Eby                                          Tax Division  
                                                      Attorneys for Petitioners

     PURSUANT TO STIPULATION, IT IS ORDERED the next status conference in this matter be held on _____, 2008, at \_\_\_\_\_ a.m. / p.m., via telephone. Petitioners' counsel will set up a telephone conference with all parties on the line when it calls chambers for the conference.

Dated:_____                _____  
                                                            UNITED STATES DISTRICT JUDGE