1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

UNITED STATES OF AMERICA, *et al.*,

        Plaintiffs,

  v.

BETTY J. EBY,

        Defendant.

No. C 06-02844 SBA

**ORDER**

[Docket No. 39]

IT IS HEREBY ORDERED THAT in light of the parties' attempt to settle, their stipulated request to continue their Case Management Conference ("CMC") [Docket No. 39] is GRANTED. The Case Management Conference set for July 10, 2008, at 2:45 p.m., *see* Docket No. 36, is CONTINUED to September 11, 2008, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

    July 3, 2008

                                        _____
                                        Saundra Brown Armstrong
                                        United States District Judge