JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>BETTY J. EBY,<br><br>    Respondent. | Case No. C-06-2844-SBA<br><br>STATUS CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE, AND [proposed] ORDER THEREON<br><br>TIME:  September 11, 2008<br>DATE:  2:45 p.m.<br>PLACE: Via telephone |

The parties submit this Status Conference Statement to advise the Court of the recent progress in this case.

**1.    PROCEEDINGS IN THIS MATTER**

On January 19, 2008, petitioner was held in contempt for failure to comply with the Court's order enforcing summons, and on April 17, 2008, this Court stayed while the parties attempt to resolve this dispute.

Respondent retained a tax return preparer who is preparing the past due tax returns at issue. That return preparer has completed preparation of the 1998, 1999, 2000, and 2001 tax returns. The return preparer expects that within the next 30 days she will be able to complete preparation of the 2002, 2003, and 2004 tax returns which are at issue in this matter.

**2.    REQUEST TO CONTINUE STATUS CONFERENCE**

Because the parties will be in a position to resolve this dispute once the final three tax returns are prepared and filed and for the IRS to review those returns and because additional time is necessary to accomplish that task, the parties request that the Case Management Conference be

1 continued to a date acceptable to the Court and at least 60 days from today's date so that the

2 remaining tax returns can be prepared and produced to the IRS for review.

3                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
4

5 /s/Paula K. Bauer                                              /s/Thomas Moore
  PAULA K. BAUER                                                 THOMAS MOORE
6 Attorney of Respondent                                         Assistant United States Attorney
    Betty J. Eby                                                 Tax Division
7                                                                Attorneys for Petitioners

8

9        PURSUANT TO STIPULATION, IT IS ORDERED the next status conference in this matter

10 be held on _____, 2008, at _____ a.m. / p.m., via telephone. Petitioners'

11 counsel will set up a telephone conference with all parties on the line when it calls chambers for the

12 conference.

13

14

15  Dated:_____         _____
                                                   UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28