IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | NO. CV 06-02844 SBA |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| Eby | |
| Defendant, / | |

Please be advised that on **08/26/08,** the incorrect docket event was used by counsel **Request for Continuance of Status Conference [41].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 08/27/2008

Jessie Mosley
510-637-3536
Case Systems Administrator

**United States District Court**
For the Northern District of California