**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C 06-02844 SBA |
| Petitioner, | **ORDER** |
| v. | [Docket No. 49] |
| BETTY J. EBY, | |
| Respondent. | |

Before the Court is the parties' Status Conference Statement, Request for Continuance, and [Proposed] Order (the "Motion") [Docket No. 49]. The parties seek their fifth continuance of the Case Management Conference, since this matter was reassigned to this Court from Judge Jenkins' chambers on April 7, 2008. This matter was filed on April 26, 2006, and will be three years old on April 26, 2009. The Motion is DENIED. The Case Management Conference remains set for March 25, 2009 at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. *In their joint statement the parties shall provide possible trial dates for this matter, as the Court will set this matter for trial at the Case Management Conference.* Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

March 5, 2009

                                                      Saundra Brown Armstrong
                                                      United States District Judge