```
1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-7017
5
   Attorneys for United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,**         Petitioners,    vs.  **BETTY J. EBY,**        Respondent. | Case No. C-06-2844-SBA  **STIPULATION TO DISMISS AND ORDER** |

It is hereby stipulated by between petitioners United States of America and Sara Bentley and respondent Betty J. Eby, through their respective counsel, that this be dismissed, each party to bear their own costs and attorneys' fees.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| ./s/ Paula K. Bauer<br>PAULA K. BAUER.<br>Attorney for Betty J. Eby | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/25/09

_____
UNITED STATES DISTRICT JUDGE